■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN MORRISON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Connell, J.—Robbery, 2nd Degree.) Present— Dillon, P. J., Doerr, Lawton, Lowery and Davis, JJ.